UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ramil, Anthony Daniel | Docket No. | 2:15CR00008-WFN-1 |
|---|---|---|---|

**Petition For Action (No Action Requested) on Conditions of Pretrial Release**

    COMES NOW Stephanie N. Cherney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Daniel Ramil, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, John T. Rodgers, sitting in the court at Spokane, Washington, on the 24 day of November 2016 under the following conditions:

**Condition #4:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Condition #9:** Submit to drug and alcohol testing, to include urinalysis, breathalyser, sweat patch, or hand held devices, as directed by Pretrial Services. You not use, consume, or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION FOR CAUSE AS FOLLOWS:

**Violation #1**: The defendant tested positive on December 28, 2015, for heroin and cannabinoids. On January 5, 2016, the defendant admitted to his supervising pretrial service officer he had used heroin on or about December 30, 2015. In addition, the defendant tested positive for marijuana on January 5, 2016.

**Violation #2:** The defendant failed to appear for substance abuse testing on January 4, 2016.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 02/03/2016 |
| by | s/Stephanie N. Cherney |
|  | Stephanie N. Cherney<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ X ]   No Action

[  ]   The Issuance of a Warrant

[  ]   The Issuance of a Summons

[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[  ]   Defendant to appear before the Judge assigned to the case.

[  ]   Defendant to appear before the Magistrate Judge.

[  ]   Other

_____
Signature of Judicial Officer

02/03/2016
Date