✎ PS 8
(3/15)

Case 2:15-cr-00008-WFN   Document 192   Filed 02/12/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ramil, Anthony Daniel | Docket No. | 2:15CR00008-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Stephanie N. Cherney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Daniel Ramil, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 24 day of November 2015, under the following conditions:

**Condition #9:**  Submit to drug and alcohol testing, to include urinalysis, breathalyzer, sweat patch, or hand held devices, as directed by Pretrial Services. You not use, consume, or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to appear for a substance abuse evaluation that was scheduled for February 2, 2016, at 2:30 p.m. at Options Treatment Center in Everett, Washington.

**Violation #2:** The defendant failed to report to United States Probation in Everett, Washington, as directed on February 4, 2016, to submit a urinalysis test.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:  February 12, 2016 |
| by | s/Stephanie N. Cherney |
|  | Stephanie N. Cherney<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

February 12, 2016
_____
Date