PROB 12C
(6/16)

Report Date: February 17, 2017

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Anthony Daniel Ramil, Jr.   Case Number: 0980 2:15CR00008-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: January 6, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 5, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On February 9, 2017, the undersigned officer received notification from the client's assigned case manager at the Spokane Residential Reentry Center (RRC), where the client was previously residing, that the client had tested presumptive positive for marijuana, opiates, and cocaine.

On February 9, 2017, the undersigned officer spoke with the client both by phone and in person at the U.S. Probation Office, at which time the client admitted to the use of methamphetamine occurring on February 8, 2017. The client denied use of any other substance. A urinalysis specimen was collected by U.S. Probation on February 9, 2017, the results of which were presumptive positive for amphetamine and cocaine. The urinalysis sample was forwarded to the contract toxicology laboratory for confirmation, and the results of this report remain pending.

Prob12C
Re: Ramil, Anthony Daniel, Jr
February 17, 2017
Page 2

    2    **Special Condition # 27**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

        **Supporting Evidence**: On February 15, 2017, the undersigned officer received notification from the Spokane RRC, where the client was previously residing, that they had received a lab confirmation back from their contract laboratory which confirmed the presence of both cocaine and methamphetamine in a urinalysis sample submitted by the client at their facility on February 9, 2017. Staff indicated that as a result they would be unsuccessfully discharging the client from their facility. It was requested by the undersigned officer that staff direct the client to travel immediately to the U.S. Probation Office in Spokane, and the assistant director has herself indicated that she provided the client this directive at the time of his discharge occurring at 12:24 p.m., on February 15, 2017; however, the client has since failed to appear at U.S. Probation, and as a result his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 17, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/17/17

Date