PROB 12C
(6/16)

Report Date: February 23, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2/24/17

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Daniel Ramil Jr. | Case Number: 0980 2:15CR00008-WFN-1 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: January 6, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 5, 2020 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/17/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 10**: The defendant must not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: On February 17, 2017, the U.S. Probation Office in Spokane, Washington, received notification from the Idaho State Police that Mr. Ramil had been arrested by their agency in Idaho. At no time was Mr. Ramil given permission by his assigned officer to travel outside of the Eastern District of Washington. |

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | February 23, 2017 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
**Re: Ramil, Anthony Daniel**
**February 23, 2017**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_2/24/2017_____
Date