PROB 12C
(6/16)

Report Date: July 21, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 24 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Daniel Ramil                Case Number: 0980 2:15CR00008-WFN-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(March 16, 2017) | Prison - 3 months;<br>TSR - 33 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: May 19, 2017 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: February 18, 2020 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

  1                **Special Condition # 3**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

                   **Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to case number 2:15CR00008-WFN-1, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Ramil was made aware by his U.S. probation officer of his requirement to reside at the Spokane RRC. Mr. Ramil was informed that he would be required to abide by facility rules and that any unsuccessful discharge from the facility would constitute a violation of his supervised release.

                   On July 17, 2017, at 9:10 p.m. the undersigned officer received a text message from the client indicating "This ain't gonna work for me. Send me back kill my paper." In response,

Prob12C
**Re: Ramil, Anthony Daniel**
**July 21, 2017**
**Page 2**

        this officer sent several text messages and contacted the client by telephone, who subsequently admitting to drinking before returning to the Spokane RRC from his place of employment. Mr. Ramil cited continued stress related to his placement at the Spokane RRC, past trauma that he has not dealt with, and a feeling of being overwhelmed as contributing factors culminating in his decision to drink. Mr. Ramil was directed to report to the U.S. Probation Office the following day, July 18, 2017, to allow for the undersigned officer to respond to the behavior.

        Following the conversation, the undersigned officer received notification from the assistant director of the Spokane RRC that the client would be terminated from the program effective July 18, 2017, due to his use of alcohol, now constituting his second use of alcohol while enrolled at the facility. Specifically, staff indicated that the client arrived back at the facility at 8:49 p.m. on July 17, 2017, and submitted to Breathalyzer testing, the result of which was a reading of .026. Mr. Ramil was unsuccessfully discharged from the Spokane RRC on July 18, 2017.

2    **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to case number 2:15CR00008-WFN-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he was not permitted to enter any establishment in which alcohol was the primary item of sale and that he was prohibited from any use of alcohol while on supervised release.

        On July 17, 2017, the undersigned officer received a text message from the client in which he admitted to drinking alcohol prior to returning to the Spokane RRC after leaving work. Subsequent notification was received on the same date from the Spokane RRC, who indicated that the client had returned to the facility and provided a Breathalyzer sample for testing that was positive for alcohol. The Spokane RRC later provided this officer with an e-mail indicating that his first provided test at the facility upon returning at 8:49 p.m. returned a level of .026 following testing.

        On July 18, 2017, Mr. Ramil reported to U.S. Probation as directed, again reaffirmed his use of alcohol on July 17, 2017, and signed a drug use admission form in which he documented his use of the substance.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Ramil, Anthony Daniel**
**July 21, 2017**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 21, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

7/24/17
Date