PROB 12C  
(6/16)

Report Date: March 15, 2018

# United States District Court

for the

### Eastern District of Washington

MAR 1 5 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Daniel Ramil, Jr.          Case Number: 0980 2:15CR00008-WFN-1

Address of Offender:                  Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

Original Offense:     Passing Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:    Prison - 366 days          Type of Supervision: Supervised Release
June 21, 2016         TSR - 36 months

Revocation Sentence   Prison - 90 days
March 16, 2017        TSR - 33 months

Asst. U.S. Attorney:  Earl A. Hicks              Date Supervision Commenced: May 19, 2017

Defense Attorney:     Federal Defenders Office   Date Supervision Expires: February 18, 2020

---

### PETITIONING THE COURT

To issue a **Summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about the your living arrangements (such as the people the you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he was to notify his supervising officer of any change in his living arrangements.

Mr. Ramil is alleged to have violated his current term of supervised release by not living at his current address of record since March 9, 2018.

On March 13, 2018, the undersigned officer received a phone call from the property manager of Mr. Ramil's reported address. The property manager indicated Mr. Ramil has "disappeared" and has not been staying at the residence since approximately March 9, 2018.

This information was confirmed by other house managers. In addition, the property manager indicated that on March 12, 2018, Mr. Ramil showed up to the residence and left shortly after. It was also noted that Mr. Ramil was not present at the house during the 4 a.m. walkthrough on the morning of March 13, 2018. The property manager further reported that Mr. Ramil is no longer allowed to stay at the residence, as he is behind on rent and continues to violate house rules. On March 13, 2018, the undersigned officer confronted Mr. Ramil in regard to this information. Mr. Ramil claimed he had been staying at the residence every night and called the property manger "a bunch of liars."

On March 14, 2018, the undersigned officer called the property manager, and again it was reported that Mr. Ramil still had not been at the residence and his stay is officially terminated.

On the evening of March 14, 2018, the undersigned officer contacted Mr. Ramil telephonically to question his living arrangements due to his housing being terminated. He reported he is now living in his car.

2  **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he was to follow the instructions of the probation officer related to his conditions of supervision.

Mr. Ramil violated terms of supervised release by failing to report as directed on March 14, 2018, at 9 a.m.

On March 13, 2018, Mr. Ramil reported to the probation office at approximately 4:45p.m., at the direction of the undersigned officer. Mr. Ramil was requested to submit to urinalysis testing. At first, Mr. Ramil could not provide a sample, claiming "he just went to the bathroom" prior to his arrival at the probation office. He finally was able to submit to a urine test, which tested presumptive positive for methamphetamine, unfortunately there was very little urine in the test cup, not enough for Alere Toxicology to use for testing.

Consequently, due to the time of day (past 5 p.m.), Mr. Ramil was directed to report the following day (March 14, 2018), at 9 a.m. to submit to another urine test. Mr. Ramil failed to report as directed at 9 a.m. At approximately 1:30 p.m., the undersigned called and left a voice mail on his phone, directing him to call and report to the probation office. A text message was also sent with the same message. At 4 p.m., Mr. Ramil contacted the undersigned officer to advise the reason he did not report as instructed was because he was working and claimed not to have the undersigned officer's phone number or the main office phone number to report.

3  **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Ramil, Jr., Anthony Daniel**
**March 15, 2018**
**Page 3**

**Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he was to abstain from the use of illegal controlled substances.

Mr. Ramil allegedly violated supervised release by consuming illicit drugs (methamphetamine and heroin) on multiple occasions during February and March 2018.

On February 21, 2018, Mr. Ramil reported to his supervising probation officer. Mr. Ramil admitted to using heroin and methamphetamine on Saturday, February 17, 2018, and signed a drug use admission form.

In addition, Mr. Ramil provided a random urine sample at Pioneer Human Services on February 26, 2018. The urine sample tested presumptive positive for codeine, morphine, and methamphetamine. On March 4, 2018, a lab report was received, confirming a positive result for codeine, morphine, and methamphetamine.

Furthermore, on March 13, 2018, Mr. Ramil reported to the probation office and provided a urine sample that was presumptive positive for methamphetamine, however, Mr. Ramil did not provide sufficient urine for further testing.

On March 14, 2018, the undersigned officer spoke with Mr. Ramil telephonically. He was questioned about any illicit drug use, and Mr. Ramil admitted to using heroin and methamphetamine on the evening of March 13, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2018

s/Corey McCain

Corey McCain
U.S. Probation Officer

Prob12C
Re: Ramil, Jr., Anthony Daniel
March 15, 2018
Page 4

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/15/18
Date