PROB 12C
(6/16)

Report Date: March 29, 2018

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Anthony Daniel Ramil Jr. | | Case Number: 0980 2:15CR00008-WFN-1 | |
| Address of Offender: | Spokane, Washington 99201 | | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence:<br>June 21, 2016 | Prison - 366 Days;<br>TSR - 36 Months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>March 16, 2017 | Prison - 90 Days;<br>TSR - 33 Months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: May 19, 2017 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 18, 2020 | |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/15/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he was to abstain from the use of illegal controlled substances.<br><br>Mr. Ramil is alleged to have violated special condition number 7, by testing positive for, and admitting to using, both methamphetamine and heroin on or about March 14, 2018, and by failing to report for urinalysis testing with the contract provider on March 20, 2018, when his assigned color was called by the provider. |

Prob12C
Re: Ramil, Jr., Anthony Daniel
**March 29, 2018**
Page 2

Specifically, on March 15, 2018, Mr. Ramil reported to the U.S. Probation Office in Spokane, and provided a urinalysis sample for testing that was presumptive positive for amphetamine, methamphetamine, and morphine. When questioned, Mr. Ramil admitted to using both methamphetamine and heroin in his car last night, and subsequently signed a drug use admission form documenting the use.

On March 21, 2018, Mr. Ramil again reported to U.S. probation and again tested positive for amphetamine, methamphetamine, and morphine. When confronted the client adamantly denied new use and indicated the substances were likely still in his system from his last reported use on or about March 14, 2018, although he was unable to identify his last date of use, indicating he thought it had occurred over the weekend, but could not remember. When questioned on his failure to attend urinalysis testing with Pioneer Human Services, Mr. Ramil admitted to forgetting to call the provider as required.

On March 27, 2018, Mr. Ramil again reported to U.S. probation as directed, this time testing presumptive positive for amphetamine, methamphetamine, marijuana, and morphine. Mr. Ramil adamantly denied new use, again indicating any positive results were in fact residual from his last use on or about March 14, 2018. This sample has since been forwarded to Alere Toxicology; however, the results have not yet been received by this office as of the writing of this report.

5       **Special Condition # 10**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On March 16, 2018, a modification of conditions was sought with respect to case number 2:15CR00008-WFN-1, seeking a public law placement for the client at the Spokane Residential Re-entry Center (RRC) located in Spokane in an effort to assist the client in addressing both his current state of homelessness, as well as his apparent continued use of illicit substances. Mr. Ramil signed the waiver of hearing to modify conditions document on March 15, 2018, and the Court ratified the request on March 19, 2018.

Mr. Ramil is alleged to have violated special condition number 10 by failing to report to the Spokane RRC on March 28, 2018, as directed.

Specifically, on March 27, 2018, Mr. Ramil reported to the U.S. Probation Office as directed to provide a urinalysis sample for testing. As a part of the contact, Mr. Ramil was informed of his bed availability at the Spokane RRC on March 28, 2018, and he was directed to report on the day in question prior to 5 p.m., which Mr. Ramil agreed to do.

On March 28, 2018, at 12:57 p.m. Mr. Ramil advised the undersigned officer through text messaging that he was having car trouble and he was directed to contact the Spokane RRC to discuss the possibility of reporting later in the day. On March 29, 2018, the undersigned officer received notification from Spokane RRC staff that Mr. Ramil did not report on March 28, 2018, as directed.

Prob12C
Re: Ramil, Jr., Anthony Daniel
March 29, 2018
Page 3

On March 29, 2018, Mr. Ramil contacted this officer and indicated he had attempted to enter the facility at 12:05 a.m. on this date, but was refused access. The director of the Spokane RRC staff was subsequently contacted who refuted this statement.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/15/2018, and that the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 29, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/29/2018
Date