PROB 12C
(6/16)

Report Date: April 3, 2018

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 4 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Daniel Ramil Jr.   Case Number: 0980 2:15CR00008-WFN-1

Address of Offender:                           Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: June 21, 2016 | Prison - 366 Days; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: March 16, 2017 | Prison - 90 Days; TSR - 33 Months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: May 19, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 18, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/15/2018, and 03/29/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.

Mr. Ramil is alleged to have violated mandatory condition number 1 by being arrested for two counts of possession of a controlled substance and one count of drug paraphernalia on April 1, 2018.

Specifically, and according to police reports and the charging request on file with respect to the case, on April 1, 2018, law enforcement responded to a request for a welfare check in the Spokane Valley in the area of East 16th Avenue and South Dishman-Mica Road. Information received indicated there was a male sitting in a vehicle with his mouth open and eyes closed, and the vehicle's windshield appeared as though it had been in an accident.

Prob12C
Re: Ramil, Anthony Daniel
April 3, 2018
Page 2

Mr. Ramil identified himself upon contact and was placed into restraints and taken into custody as a result of his active federal supervised release warrant. A protective sweep of the vehicle was conducted following Mr. Ramil's arrest, at which time a capped needle and a round container with a brown tar-like substance in it were observed in plain view on the driver's side floorboard. Also observed was a piece of aluminum foil covered with a brown tar-like substance in plain view in the center consol of the vehicle, and a metal spoon on the driver's seat. The brown tar-like substance was field tested and a presumptive positive reading for heroin was received.

Mr. Ramil was subsequently booked into the Spokane County Jail, and during the jail's search of Mr. Ramil and his property the jail additionally located five packages of 8mg Suboxone sublingual films, which they located in Mr. Ramil's wallet. Mr. Ramil alleged to officers he is in the Suboxone program, but "still uses heroin." Mr. Ramil did not have the prescription on his person at the time of arrest.

As a result of Mr. Ramil's actions, and according to the charging request and the affidavit of facts received in this matter, charges have been requested for two counts of Possession of Controlled Substance, in violation of 69.50.4013, a Class C Felony.

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he was required to follow the instructions of the probation officer related to his conditions of supervision.

Mr. Ramil is alleged to have violated standard condition number 13 by failing to report as directed on March 30, 2018.

Specifically, on March 29, 2018, Mr. Ramil was contacted telephonically by the undersigned officer in which his apparent continued use and his failure to report to the Spokane Residential Reentry Center were discussed with him. Mr. Ramil was directed to report the following day (March 30, 2018) before 11 a.m. and he agreed to do so. Mr. Ramil then failed to report as directed. A voice mail and a text were left for the client respectively at 12:20 p.m. At 3:43p.m. a text message was received from the client in which he stated he had just woke up and asked if he could still come see this officer.

Prob12C
**Re: Ramil, Anthony Daniel**
**April 3, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this *petition* in future proceedings with the violation(s) previously reported to the Court on 03/15/2018, and 03/29/2018.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | April 3, 2018 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

4/4/18
Date