PROB 12C
(6/16)

Report Date: November 13, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 14 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Daniel Ramil                Case Number: 0980 2:15CR00008-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016            Revocation Sentence: March 16, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: | Prison - 3 months<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | May 19, 2017 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | June 6, 2020 |

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/15/2018, 03/29/2018 and 04/03/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or probation officer about how and when you must report to the probation officer, and you must report to the probation officers as instructed.<br><br>**Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: On November 7, 2018, Anthony Ramil was directed by the undersigned officer to report to the U.S. Probation Office on November 8, 2018, by 10 AM. To date, Mr. Ramil has failed to report to the U.S. Probation Office as directed.<br><br>On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer he must report to the probation officer as instructed, and follow the instructions of the probation officer related to the conditions of supervision. |

| | | |
|---|---|---|
| 9 | | **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Anthony Ramil failed to attend his scheduled outpatient groups at Pioneer Counseling Center on November 5, 7, and 9, 2018.

On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program.

| | | |
|---|---|---|
| 10 | | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Anthony Ramil failed to report for urinalysis testing at Pioneer Counseling Services as directed on November 6, 2018. Additionally, on November 7, 2018, he provided a urinalysis at Pioneer Counseling Services that tested positive for marijuana. He admitted at that time to consuming marijuana on or about November 6, 2018.

On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 13, 2018

s/ Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

11/14/18
Date