Report Date: January 10, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Daniel Ramil                Case Number: 0980 2:15CR00008-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(March 16, 2017) | Prison - 3 months;<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | May 19, 2017 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | June 6, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/15/2018, 03/29/2018, 04/03/201803/29/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition # 6**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.<br><br>**Supporting Evidence**: On January 10, 2019, the undersigned officer was advised that Mr. Ramil was being discharged unsuccessfully from American Behavioral Health Systems inpatient treatment. Specifically, he was being discharged after making threats to staff and attempting to assault other clients at the inpatient facility.<br><br>Pursuant to the Eastern District of Washington Sobriety Treatment and Education Program, on November 15, 2018, Anthony Ramil was ordered by The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge, to release to and participate in an inpatient substance abuse treatment program. Mr. Ramil agreed to said order as evidenced by his verbal |

understanding during the STEP proceedings and his signature for the STEP participant and agreement waiver document dated September 10, 2018, that was signed in the presence of a representative from the Federal Defenders Office.

On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to case number 2:15CR00008-WFN-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer of his requirement to participate in an inpatient substance abuse treatment program and any recommended aftercare. Additionally, that he must follow the rules and regulations of the treatment program.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/10/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/10/19
Date