PROB 12C
(6/16)

Report Date: April 15, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Anthony Daniel Ramil | Case Number: 0980 2:15CR00008-WFN-1 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 21, 2016

| | | |
|---|---|---|
| Original Offense: | Passing Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 366 Days;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 16, 2017) | Prison - 90 Days;<br>TSR - 33 Months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 19, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: Tolling |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/15/2018, 03/29/2018, 04/03/2018, 11/13/2018, and 01/10/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Anthony Ramil is alleged to have violated mandatory condition number 1 by committing the crimes of second degree burglary, and second degree theft, previously occurring on or about April 3, 2018.<br><br>On May 22, 2017, Mr. Anthony Ramil signed his conditions of supervision relative to 2:15CR00008-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Ramil was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.<br><br>Specifically, and according to received police reports by the U.S. Probation Office on April 11, 2019, as well as the associated charging request and statement of facts relative to this case, on April 3, 2018, the Spokane County Sheriff's Office responded to a burglary call at the Spokane Valley Baptist Church located on South McDonald road in the Spokane Valley. |

Prob12C
Re: Ramil, Anthony Daniel
April 15, 2019
Page 2

According to the reporting party, whose office exists inside of the church, on March 28, 2018, at approximately 3:30 p.m. she left her office and the door was locked. On April 3, 2018, upon returning to her office, the witness discovered that her office had been entered and several items removed, to include two laptop computers and $10 in cash that had been removed from a cash box. The total value of items removed was deemed to be over $750. The responding officer collected the cash box and subsequently submitted the box to the forensic unit for latent fingerprint processing.

Subsequent processing of the fingerprints located on the box resulted in a fingerprint that through comparison with the Washington State database was determined to belong to Anthony Ramil. As a result, and according to the report on file in this matter, it has now been determined that probable cause exists to charge Anthony Ramil with one count of Second Degree Burglary, in violation of 9A.52.030, a Class B Felony, and one count of Second Degree Theft, in violation of 9A.56.040, a Class C Felony.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/16/19
Date